UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALAN C. LOON, #882652,

                    Petitioner,                    Case No. 16-cv-11861
                                                   Hon. Matthew F. Leitman
v.

SHERRY L. BURT,

                    Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a petition for a

writ of habeas corpus, the Honorable Matthew F. Leitman, United States District

Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas

corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

                              DAVID J. WEAVER
                              CLERK OF COURT

              By:    s/Holly A. Monda_____
                     Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  April 23, 2018
Flint, Michigan